# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NOS: 3:20-cr-00783-MGL |
| ) | |
| vs. ) | |
| ) | |
| KERRY TRENT KINARD, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF REQUEST FOR PROTECTION FROM COURT

The undersigned counsel for the Defendant, Kerry Trent Kinard, hereby respectfully requests protection from participation in status conferences and/or other Court appearances for Bakari T. Sellers for the following dates: October 4th – October 8th for mediation.

Respectfully submitted,

STROM LAW FIRM, LLC


s/Bakari T. Sellers
Bakari T. Sellers
Federal ID No. 11099
bsellers@stromlaw.com
6923 N. Trenholm Road, Ste. 200
Columbia, SC 29206
(803) 252-4800

September 8, 2021