AO 245B (SCDC Rev. 10/20) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page 2 of 6

DEFENDANT: KERRY TRENT KINARD
CASE NUMBER: 3:20-783

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: eighteen (18) months.

☒ The court makes the following recommendations to the Bureau of Prisons: that the defendant be considered for any available substance abuse treatment while incarcerated and that he be housed at a facility as close to Bamberg, SC as possible.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____.
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on __12-17-21__ to __FCI LORETTO__
at __LORETTO, PA__, with a certified copy of this judgment.

_V. Moser, Warden_
~~UNITED STATES MARSHAL~~

By _____CSO_____
~~DEPUTY~~ UNITED STATES MARSHAL